E-FILED
Friday, 12 October, 2007  02:38:40 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CATERPILLAR INC., </br></br> Plaintiff, </br></br> v. </br></br> AON CORPORATION, AON RISK SERVICES, INC. OF ILLINOIS and AON RE GLOBAL, INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 07-1274 </br> ) </br> ) </br> ) **DESIGNATION OF** </br> ) **LEAD COUNSEL** </br> ) </br> ) </br> ) </br> ) |

Now comes the Plaintiff, Caterpillar Inc., and pursuant to CDIL-LR 11.2 designates as lead counsel:

>Robert G. Abrams
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, D.C.  10004-1980
>Telephone:  (202) 783-0800
>Facsimile:  (202) 383-6610
>e-mail:  abramsr@howrey.com

Dated: October 12, 2007

>s/ Daniel L. Johns
>Daniel L. Johns, Bar Number 1339389 IL
>Attorney for Plaintiff
>WESTERVELT, JOHNSON,
>NICOLL & KELLER, LLC
>411 Hamilton Boulevard, 14th Floor
>Peoria, IL 61602-1104
>Telephone:  (309) 671-3550
>Facsimile:  (309) 671-3588
>e-mail:  djohns@wjnklaw.com

Robert G. Abrams (Lead Counsel), Bar Number 211557 DC
Gregory L. Baker, Bar Number 000412146 DC
Andrew M. Reidy, Bar Number 288357 DC
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610
e-mail: abramsr@howrey.com
        bakerg@howrey.com
        reidya@howrey.com

Daniel L. Johns, Bar Number 1339389 IL
Michele Miller, Bar Number 6273486 IL
WESTERVELT, JOHNSON,
NICOLL & KELLER, LLC
411 Hamilton Boulevard, 14th Floor
Peoria, IL 61602-1104
Telephone:  (309) 671-3550
Facsimile:  (309) 671-3588
e-mail: djohns@wjnklaw.com
        mamiller@wjnklaw.com