E-FILED
Friday, 12 October, 2007  02:40:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CATERPILLAR INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AON CORPORATION, ) <br> AON RISK SERVICES, INC. OF ) <br> ILLINOIS and AON RE GLOBAL, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-1274 <br><br> **CERTIFICATE OF** <br> **INTEREST** |

The undersigned counsel of record for Caterpillar Inc., Plaintiff, furnishes the following in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and with Rule 11.3 of this Court.

1. Caterpillar Inc., Plaintiff.

2(a). None

2(b). None

3. Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C., 20004;

Westervelt, Johnson, Nicoll & Keller, LLC, Associated Bank Plaza, 14th Floor, 411 Hamilton Blvd., Peoria, IL, 61602, (309) 671-3550.

October 12, 2007

                                            s/ Daniel L. Johns
                                            Daniel L. Johns, Bar Number 1339389 IL
                                            Attorney for Plaintiff
                                            WESTERVELT, JOHNSON,
                                            NICOLL & KELLER, LLC
                                            411 Hamilton Boulevard, 14th Floor
                                            Peoria, IL 61602-1104
                                            Telephone: (309) 671-3550
                                            Facsimile: (309) 671-3588
                                            e-mail: djohns@wjnklaw.com

Robert G. Abrams (Lead Counsel), Bar Number 211557 DC
Gregory L. Baker, Bar Number 000412146 DC
Andrew M. Reidy, Bar Number 288357 DC
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
e-mail: abramsr@howrey.com
       bakerg@howrey.com
       reidya@howrey.com

Daniel L. Johns, Bar Number 1339389 IL
Michele Miller, Bar Number 6273486 IL
WESTERVELT, JOHNSON,
NICOLL & KELLER, LLC
411 Hamilton Boulevard, 14th Floor
Peoria, IL 61602-1104
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
e-mail: djohns@wjnklaw.com
      mamiller@wjnklaw.com