# United States District Court

## For the Central District of Illinois

CATERPILLAR INC.,

        Plaintiff,

    v.

AON CORPORATION,
AON RISK SERVICES, INC. OF ILLINOIS, and
AON RE GLOBAL, INC.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1274

TO:    Aon Corporation
          200 E. Randolph Street
          Chicago, Illinois, 60601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Daniel L. Johns, WESTERVELT, JOHNSON, NICOLL & KELLER, LLC, Associated Bank Plaza, 14th Floor, 411 Hamilton Blvd., Peoria, IL 61602-1104, (309) 671-3550

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
_____
CLERK

10/12/07
_____
DATE

s/ Clerk
_____
(By) DEPUTY CLERK

# United States District Court

## For the Central District of Illinois

CATERPILLAR INC.,

     Plaintiff,

   v.

AON CORPORATION,
AON RISK SERVICES, INC. OF ILLINOIS, and
AON RE GLOBAL, INC.,

     Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1274

TO: Aon Risk Services, Inc. of Illinois
   200 E. Randolph Street
   Chicago, Illinois, 60601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Daniel L. Johns, WESTERVELT, JOHNSON, NICOLL & KELLER, LLC, Associated Bank Plaza, 14th Floor, 411 Hamilton Blvd., Peoria, IL 61602-1104, (309) 671-3550

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters          10/12/07

CLERK               DATE

s/ Clerk

(By) DEPUTY CLERK

# United States District Court

## For the Central District of Illinois

CATERPILLAR INC.,

                Plaintiff,

                v.

AON CORPORATION,
AON RISK SERVICES, INC. OF ILLINOIS, and
AON RE GLOBAL, INC.,

                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1274

TO:    Aon Re Global, Inc.
         200 E. Randolph Street
         Chicago, Illinois, 60601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Daniel L. Johns, WESTERVELT, JOHNSON, NICOLL & KELLER, LLC, Associated Bank Plaza, 14th Floor, 411 Hamilton Blvd., Peoria, IL 61602-1104, (309) 671-3550

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| s/ John M. Waters | 10/12/07 |
|---|---|
| CLERK | DATE |

s/ Clerk
_____
(By) DEPUTY CLERK