E-FILED
Monday, 29 October, 2007 03:59:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

|   |   |
|---|---|
| CATERPILLAR INC.,<br><br>Plaintiff,<br><br>v.<br><br>AON CORPORATION,<br>AON RISK SERVICES, INC. OF ILLINOIS,<br>and AON RE GLOBAL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1274<br>)<br>) Equitable Relief Sought<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, __Philip Cravens__, hereby depose and say:

My date of birth is __4-6-52__.

My place of business is __1 Bonniebrook Chatham IL__.

I am not a party to or otherwise interested in this suit.

That at __1040__ a.m./p.m. on __10-18__, 2007, I served on the Defendant, **Aon Corporation**, a copy of each of the following documents: Summons in a Civil Action, Complaint And Demand For Jury Trial, Certificate of Interest, Designation of Lead Counsel and Civil Cover Sheet by serving said corporation's registered agent authorized to accept service of process, Illinois Corporation Service C at 801 Adlai Stevenson Drive, Springfield, Illinois 62703 delivering said documents personally to __Tom Jervis    clerk__ described as follows:

Sex: __M__
Age: __40's__
Height: __5-9__
Hair: __brown__
Weight: __185__
Race: __W__

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __10-18-__, 2007.    _____

# United States District Court

## For the Central District of Illinois

CATERPILLAR INC.,

                Plaintiff,

     v.

AON CORPORATION,
AON RISK SERVICES, INC. OF ILLINOIS, and
AON RE GLOBAL, INC.,

                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1274

TO:    Aon Corporation
         200 E. Randolph Street
         Chicago, Illinois, 60601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Daniel L. Johns, WESTERVELT, JOHNSON, NICOLL & KELLER, LLC, Associated Bank Plaza, 14th Floor, 411 Hamilton Blvd., Peoria, IL 61602-1104, (309) 671-3550

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s John M. Waters
_____
CLERK

10/12/07
_____
DATE

./s Clerk
_____
(By) DEPUTY CLERK