IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

E-FILED
Tuesday, 30 October, 2007 01:23:51 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| CATERPILLAR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1274 |
| ) | |
| AON CORPORATION, ) | Equitable Relief Sought |
| AON RISK SERVICES, INC. OF ILLINOIS, ) | |
| and AON RE GLOBAL, INC., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

I, __Daniel Newcomb__, hereby depose and say:

My date of birth is __11/4/82__.

My place of business is __2008 Pennsylvania Ave. # 207, Wilmington, DE 19806__.

I am not a party to or otherwise interested in this suit.

That at __3:09 PM__ a.m./p.m. on __October 18__, 2007, I served on the Defendant, **Aon Re Global, Inc.**, a copy of each of the following documents: Summons in a Civil Action, Complaint And Demand For Jury Trial, Certificate of Interest, Designation of Lead Counsel and Civil Cover Sheet by serving said corporation's registered agent authorized to accept service of process, Corporation Service Company at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 delivering said documents personally to __Mary Drummond, Managing Agent__ described as follows:

| | |
|---|---|
| Sex: | Female |
| Age: | 40's |
| Height: | 5'6" |
| Hair: | Brown |
| Weight: | 130 |
| Race: | Black |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __October 19__, 2007.

_Daniel Newcomb_

## United States District Court

### For the Central District of Illinois

CATERPILLAR INC.,

          Plaintiff,

          v.

AON CORPORATION,
AON RISK SERVICES, INC. OF ILLINOIS, and
AON RE GLOBAL, INC.,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1274

TO: Aon Re Global, Inc.
200 E. Randolph Street
Chicago, Illinois, 60601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Daniel L. Johns, WESTERVELT, JOHNSON, NICOLL & KELLER, LLC, Associated Bank Plaza, 14th Floor, 411 Hamilton Blvd., Peoria, IL 61602-1104, (309) 671-3550

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s John M. Waters             10/12/07
CLERK             DATE

/s Clerk
(By) DEPUTY CLERK