RMH/101 381 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CATERPILLAR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1274 |
| ) | |
| AON CORPORATION, ) | Judge Mihm |
| AON RISK SERVICES, INC. OF ) | |
| ILLINOIS, and AON RE GLOBAL, INC., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

The firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, by R. Michael Henderson, a member in good standing of the bar of this Court, enter their appearance in the above-captioned case on behalf of Defendants, AON CORPORATION, AON RISK SERVICES, INC. OF ILLINOIS, and AON RE GLOBAL, INC.

　　　　　　　　　　　　　　　　AON CORPORATION, AON RISK SERVICES, INC.
　　　　　　　　　　　　　　　　OF ILLINOIS, and AON RE GLOBAL, INC.,
　　　　　　　　　　　　　　　　Defendants


　　　　　　　　　　　　　　　　By:   /s/R. Michael Henderson
　　　　　　　　　　　　　　　　　　　　R. Michael Henderson
　　　　　　　　　　　　　　　　QUINN, JOHNSTON, HENDERSON & PRETORIUS

R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on _____November 7, 2007_____, I electronically filed this Entry of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Robert G Abrams**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610
Email: abramsr@howrey.com

**Daniel L Johns**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: djohns@westerveltlaw.com

**Michele A Miller**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: msames@wjnklaw.com

And I hereby certify that on ___November 7, 2007___, I mailed the document by United States Postal Service to the following non-registered participants:

**Andrew M Reidy**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
Fax: 202-383-6610

**Gregory L Baker**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610


By: */s/R. Michael Henderson*
R. Michael Henderson
QUINN, JOHNSTON, HENDERSON & PRETORIUS


R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com