E-FILED
Wednesday, 07 November, 2007  10:03:22 AM
Clerk, U.S. District Court, ILCD

RMH/101 381 004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| CATERPILLAR INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-1274 |
| | ) | |
| AON CORPORATION, | ) | Judge Mihm |
| AON RISK SERVICES, INC. OF | ) | |
| ILLINOIS, and AON RE GLOBAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DESIGNATION OF LEAD COUNSEL

R. Michael Henderson, of the firm of QUINN, JOHNSTON, HENDERSON &

PRETORIUS, and a member in good standing of the bar of this Court, is designated as

lead counsel in the representation of Defendants, AON CORPORATION, AON RISK

SERVICES, INC. OF ILLINOIS, and AON RE GLOBAL, INC.

> AON CORPORATION, AON RISK SERVICES, INC.
> OF ILLINOIS, and AON RE GLOBAL, INC.,
> Defendants


> By: _____ /s/R. Michael Henderson _____
> R. Michael Henderson
> QUINN, JOHNSTON, HENDERSON & PRETORIUS

R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com

## CERTIFICATE OF SERVICE

I hereby certify that on     November 7, 2007, I electronically filed this Designation of Lead Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Robert G Abrams**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610
Email: abramsr@howrey.com

**Daniel L Johns**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: djohns@westerveltlaw.com

**Michele A Miller**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: msames@wjnklaw.com

And I hereby certify that on     November 7, 2007  , I mailed the document by United States Postal Service to the following non-registered participants:

**Andrew M Reidy**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
Fax: 202-383-6610

**Gregory L Baker**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610

By: _____*/s/R. Michael Henderson*_____
R. Michael Henderson
QUINN, JOHNSTON, HENDERSON & PRETORIUS

R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com