E-FILED
Wednesday, 07 November, 2007  10:07:14 AM
Clerk, U.S. District Court, ILCD

RMH/101 381 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CATERPILLAR INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-1274 |
| | ) | |
| AON CORPORATION, | ) | Judge Mihm |
| AON RISK SERVICES, INC. OF | ) | |
| ILLINOIS, and AON RE GLOBAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO ENTER AGREED ORDER

For their motion for entry of Agreed Order, Defendants, AON CORPORATION, AON

RISK SERVICES, INC. OF ILLINOIS, and AON RE GLOBAL, INC., state:

1.      Through discussions among counsel for Plaintiff and Defendants, the parties

have agreed to request that the Court enter the Agreed Order Regarding Stay and Time

to Answer, Move or Otherwise Plead to Complaint, as attached as Exhibit A.

2.      R. Michael Henderson, one of the attorneys for Defendants has discussed

this matter with Daniel L. Johns, one of the attorneys for Plaintiff and he is in agreement

with this motion and with the proposed Order.

WHEREFORE, Defendants, AON CORPORATION, AON RISK SERVICES, INC.

OF ILLINOIS, and AON RE GLOBAL, INC. pray that the Court enter the Agreed Order

Regarding Stay and Time to Answer, Move or Otherwise Plead to Complaint, a copy of

which is attached as Exhibit A.

AON CORPORATION, AON RISK SERVICES, INC.
OF ILLINOIS, and AON RE GLOBAL, INC.,
Defendants


By:  _____*/s/R. Michael H*enderson_____
R. Michael Henderson
QUINN, JOHNSTON, HENDERSON & PRETORIUS




R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com
I:\1\Civil\Caterpillar v. Aon 101 381 004\mot enter agreed order.wpd

2

## CERTIFICATE OF SERVICE

I hereby certify that on   November 7, 2007, I electronically filed this Motion to Enter Agreed Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Robert G Abrams**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610
Email: abramsr@howrey.com

**Daniel L Johns**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: djohns@westerveltlaw.com

**Michele A Miller**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: msames@wjnklaw.com

And I hereby certify that on   November 7, 2007 , I mailed the document by United States Postal Service to the following non-registered participants:

**Andrew M Reidy**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
Fax: 202-383-6610

3

**Gregory L Baker**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610

By:  _____*/s/R. Michael Henderson*_____
R. Michael Henderson
QUINN, JOHNSTON, HENDERSON & PRETORIUS

R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com

**E-FILED**
Wednesday, 07 November, 2007  10:07:35 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **CATERPILLAR INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 07-1274** |
| ) | |
| **AON CORPORATION,** ) | Judge Mihm |
| **AON RISK SERVICES, INC. OF ILLINOIS,** ) | |
| **and AON RE GLOBAL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**AGREED ORDER REGARDING STAY AND
TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO COMPLAINT**

WHEREAS, on October 17, 2007, the Defendants filed a Notice of Tag Along Action

with the Judicial Panel on Multidistrict Litigation seeking the transfer of this case to *In re*

*Insurance Brokerage Antitrust Litigation*, MDL No. 1663, pending in the United States District

Court for the District of New Jersey for coordinated or consolidated pretrial proceedings ("MDL

Action").

WHEREAS, on October 25, 2007, the Judicial Panel on Multidistrict Litigation issued a

Conditional Transfer Order transferring this action to MDL 1663, and, unless objected to, this

Conditional Transfer Order will become final on November 9, 2007.  Neither Plaintiff nor

Defendants will object to the Conditional Transfer Order.

WHEREAS, the parties agree and request that the Court order that each Defendant named

in the Complaint will not be required to answer, move or otherwise plead to Plaintiff's

Complaint until after a final transfer of this case to the MDL Action.



**EXHIBIT**

*A*

WHEREAS, Defendants expressly reserve their right to seek additional time to answer, move or otherwise plead to Plaintiff's complaint, to seek a stay from the MDL Court, or to ask the MDL Court to rule that any stay in the MDL Court should also apply to this case.

WHEREAS, by consenting to the entry of this Order, Defendants expressly reserve all rights and defenses they may have in this action, including, but not limited to, all jurisdictional defenses.

NOW, THEREFORE, IT IS ORDERED that each Defendant named in the Complaint will not be required to answer, move or otherwise plead to Plaintiff's Complaint until 30 days after a final transfer of this case to the MDL Action.

This ___ day of November, 2007.

_____
Honorable Michael M. Mihm
Judge, United States District Court