E-FILED
Wednesday, 07 November, 2007  10:09:47 AM
Clerk, U.S. District Court, ILCD

RMH/101 381 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CATERPILLAR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-1274 |
| | ) |
| AON CORPORATION, | ) Judge Mihm |
| AON RISK SERVICES, INC. OF | ) |
| ILLINOIS, and AON RE GLOBAL, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendants, AON CORPORATION, AON RISK SERVICES, INC. OF ILLINOIS, and AON RE GLOBAL, INC., furnishes the following in compliance with Rule 11.3 of this Court:

(1) **The full name of every party or amicus the attorney represents in the case:**

    a) AON CORPORATION;
    b) AON RISK SERVICES, INC. OF ILLINOIS; and
    c) AON RE GLOBAL, INC.

(2) **If such party or amicus is a corporation:**

    (a) **Its parent corporation, if any:**

        a) Not applicable;
        b) AON RISK SERVICES, INC. OF MARYLAND; and
        c) AON SPECIAL RISK RESOURCES, INC.

    (b) **A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company:**

      a)    The most current (March 21, 2007) information readily available is that no publicly held corporate stockholder owned 10% or more of the stock of AON CORPORATION;
      b)    Not applicable;
      c)    Not applicable.

**(3)  The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:**

Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Ave.
Peoria, IL  61602
Telephone: 309-674-1133
Fax:  309-674-6503

Kirkland & Ellis LLP
200 East Randolph Dr.
Chicago, IL  60601
Telephone:  312-861-2000
Fax:  312-861-2200

AON CORPORATION, AON RISK SERVICES, INC. OF ILLINOIS, and AON RE GLOBAL, INC., Defendants

By:  /s/R. Michael Henderson
R. Michael Henderson
QUINN, JOHNSTON, HENDERSON & PRETORIUS

R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on _____November 7, 2007__ , I electronically filed this Certificate of Interest with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Robert G Abrams**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610
Email: abramsr@howrey.com

**Daniel L Johns**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: djohns@westerveltlaw.com

**Michele A Miller**
WESTERVELT JOHNSON NICOLL & KELLER
First Financial Plaza
14th Floor
411 Hamilton Blvd
Peoria, IL 61602-1114
309-671-3550
Fax: 309-671-3588
Email: msames@wjnklaw.com

And I hereby certify that on __November 7, 2007__ , I mailed the document by United States Postal Service to the following non-registered participants:

**Andrew M Reidy**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
Fax: 202-383-6610

**Gregory L Baker**
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-383-0800
Fax: 202-383-6610


By: _____*/s/R. Michael Henderson*_____
R. Michael Henderson
QUINN, JOHNSTON, HENDERSON & PRETORIUS

R. Michael Henderson (Illinois Bar No. 1185934)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: mickhenderson@qjhp.com
E-mail: pjennetten@qjhp.com