# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**JOHN M. WATERS, Clerk**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

FILED
NOV 19 2007

November 13, 2007

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  MDL No. 1663 -- IN RE: Insurance Brokerage Antitrust Litigation

(See Attached CTO-14)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 25, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Janusha Spinni
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Garrett E. Brown, Jr.
     Transferor Judge:     Judge Michael M. Mihm
     Transferor Clerk:     John M. Waters

JPML Form 36

OCT 25 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INSURANCE BROKERAGE ANTITRUST
LITIGATION
    Caterpillar, Inc. v. AON Corp., et al.,    )
        C.D. Illinois, C.A. No. 1:07-1274    )    MDL No. 1663

CONDITIONAL TRANSFER ORDER (CTO-14)

On February 17, 2005, the Panel transferred three civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 29 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Garrett E. Brown, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Brown.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 17, 2005, and, with the consent of that court, assigned to the Honorable Garrett E. Brown, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 13 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

1:07-cv-01274-MMM   # 12-2   Page 1 of 1

IN RE: INSURANCE BROKERAGE ANTITRUST
LITIGATION

E-FILED
Tuesday, 20 November, 2007 10:27:07 AM
Clerk, U.S. District Court, ILCD
MDL No. 1663

INVOLVED COUNSEL LIST (CTO-14)

Robert G. Abrams
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Mitchell J. Auslander
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099

Daniel L. Johns
Westervelt, Johnson, Nicoll & Keller
411 Hamilton Boulevard
14th Floor, First Financial Plaza
Peoria, IL 61602-1114

Edith M. Kallas
Whatley Drake & Kallas, LLC
1540 Broadway
37th Floor
New York, NY 10036