

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 20, 2007

William Walsh, Clerk
U.S. District Court
Clarkson S Fisher Bldg & US Courthouse
402 E State Street, Room 2020
Trenton, NJ  08608

RE: Caterpillar V. Aon Corp, etal
MDL No 1663:
CASE NO. IN Central District of Illinois: 07-1274

Dear Clerk:

    Pursuant to the MDL ORDER TO TRANSFER, the above case has been transferred to District of New Jersey. Certified copy of docket sheet & complaint forwarded to New Jersey by Clerk

    Very truly yours,

    s/John M. Waters

    JOHN M. WATERS, CLERK
    U.S. DISTRICT COURT

JMW/hk