UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101-0419

(973) 645-4555

William T. Walsh
Clerk

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

U.S. District Court Clerk's Office
 for the Central District of Illinois
151 Paul Findley Federal Bldg and
 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701
Attention: Clerk of Court

FILED
NOV 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: November 27, 2007

Re: MDL -1663 – In re Insurance Brokerage Antitrust Litigation
Central District of Illinois No. 1:07-cv-1274

Caterpillar, Inc.
        vs.
AON Corp., et al.

District of New Jersey Civil Action No. 2:07-5566 (GEB)

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable Garrett E. Brown, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting your file and certified copy of the docket sheet.

Very truly yours,

WILLIAM T. WALSH, Clerk

/s/ John Icklan, Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

A CERTIFIED TRUE COPY

NOV 1 3 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 25 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

RECEIVED

NOV 1 6 2007

AT 8:30_____M
WILLIAM T. WALSH

IN RE: INSURANCE BROKERAGE ANTITRUST
LITIGATION
    Caterpillar, Inc. v. AON Corp., et al.,
        C.D. Illinois, C.A. No. 1:07-1274

)
)
)   MDL No. 1663

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On February 17, 2005, the Panel transferred three civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 29 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Garrett E. Brown, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Brown.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 17, 2005, and, with the consent of that court, assigned to the Honorable Garrett E. Brown, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By ... JOHN ICKLAN
        Deputy Clerk

IN RE: INSURANCE BROKERAGE ANTITRUST
LITIGATION

MDL No. 1663

## INVOLVED COUNSEL LIST (CTO-14)

Robert G. Abrams
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Mitchell J. Auslander
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099

Daniel L. Johns
Westervelt, Johnson, Nicoll & Keller
411 Hamilton Boulevard
14th Floor, First Financial Plaza
Peoria, IL 61602-1114

Edith M. Kallas
Whatley Drake & Kallas, LLC
1540 Broadway
37th Floor
New York, NY 10036

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

November 13, 2007

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED
NOV 16 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: MDL No. 1663 -- IN RE: Insurance Brokerage Antitrust Litigation

(See Attached CTO-14)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>October 25, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Janisha Spinu*
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Garrett E. Brown, Jr.
     Transferor Judge:     Judge Michael M. Mihm
     Transferor Clerk:     John M. Waters

JPML Form 36